IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'17 - CV - 01151**
(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2017 MAY -9 PM 1:47
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

__Moulton, Peter__, Plaintiff,

v.

__Church's Chicken__,

_____,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

## COMPLAINT

(Rev. 07/06)

## PARTIES

1. Plaintiff __Moulton, Peter__ is a citizen of __United States__
   who presently resides at the following address:
   __2095 Elmira St Aurora, CO 80010__

2. Defendant __Church's Chicken__ is a citizen of __United States__
   who live(s) at or is/are located at the following address:
   __980 Hammond Drive Suite 1100 Atlanta, GA 30328__

3. Defendant _____ is a citizen of _____
   who live(s) at or is/are located at the following address:
   _____

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   United States District Court - District of Colorado Court has jurisdiction when diversity of citizenship and an amount in controversy greater than $75,000.

5. Briefly state the background of your case:

   Defendant (Church's Chicken) listed above was/were agents or codefendants of the agents that produced the defamatory statements against me and my family. The incident involved several employees of Church's Chicken. It took place at 11900 E Colfax Ave Aurora CO 80010. It occurred on April 20, 2017 at around 4pm. This suit is being brought against Church's Chicken Head Quartered in Atlanta GA.

(Rev. 07/06)                                 2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. This Court has jurisdiction because Defendant (Church's Chicken) have done business in Colorado, committed a tort in Colorado and have had continuous contacts within Colorado.

2. Elements for a cause of action for defamation are a defamatory statement concerning another; published to a third party; with fault amounting to at least negligence on the part of the publisher.

3. The employees who made the defamatory statements work for Church's Chicken and acted as agents for the corporation and will be considered acts on behalf of Church's Chicken. And are one and the same.

4. I believe the Defendants (Church's Chicken) was/were of sound mind at the time and malicious in intent. They therefore unlawfully caused me injuries and damages for which I seek reparation.

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

(5) On April 20, 2017, the Defendant (Church's Chicken) said that I was passing counterfeit bills at the restaurant. He threatened me and my family.

(6) He yelled: "Fake Money", "Scammers", and "Your going to Jail, I called the police on you."

(7) These statements were made in the Drive thru and continued when I went into the restaurant to talk to the manager. I explained the bill was new and from the bank.

(8) At some point the Defendant (Church's Chicken) pulled out his cellphone and started filming me and my family.

(9) The Defendant continued to film us saying we are passing fake money to companies.

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

10. The Aurora Police arrived at the location on Colfax in Aurora, CO. They looked at the bill and confirmed it was real.

11. The employee of Church's did not apologize or erase video on phone.

12. The incident was embarrassing and degrading, and very terrifying for my daughter.

13. It was explicitly obvious by his gestures towards me throughout the libelous/slanderous rant and therefore clearly understood by audience members.

14. The following aspects of all Defendants statements are explicitly false.

(Rev. 07/06)                                5

 In a proximate result of the aforementioned defamation, I have suffered loss, recrimination, injury, suffering and damages in many ways.

 I seek punitive damages, compensatory damages, the cost of the lawsuit and whatever else the court sees just and fit to award.

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

I seek punitive damages, compensatory damages, the cost of the lawsuit and whatever else the court sees just and fit to award. Also want recordings erased that have me and family.

Date: May 8, 2017

(Plaintiff's Original Signature)

2095 Elmira St
(Street Address)

Aurora, CO 80010
(City, State, ZIP)

720-670-6864
(Telephone Number)