IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01151-LTB

PETER MOULTON,

    Plaintiff,

v.

CHURCH'S CHICKEN,

    Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 14, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff. .

DATED at Denver, Colorado, this 14 day of July, 2017.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ A. Garcia Garcia
        Deputy Clerk